**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6580**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DANIELLE DEVONA JONES, a/k/a Danielle Devonna Jones,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:16-cr-00039-MOC-WCM-1)

Submitted:  June 11, 2020                                        Decided:  July 13, 2020

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danielle Devona Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danielle Devona Jones appeals the district court's order denying her postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones*, No. 1:16-cr-00039-MOC-WCM-1 (W.D.N.C. Apr. 8, 2020). We deny Jones' motions for a transcript at government expense, to expedite, and for bail pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*